IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RAYMOND DOUGLAS HARDY                                                                 PLAINTIFF

v.                                         Case No. 1:24-cv-1046

JUDGE JACK BARKER, Union County
District Court                                                                        DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 16. Upon preservice screening of Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a), Judge Comstock recommends that Plaintiff's claims be dismissed because they seek monetary relief from a defendant who is immune from such relief. Plaintiff has not filed an objection the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding that there is no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 16) *in toto*. Plaintiff's Complaint (ECF No. 1) hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 15th day of October, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge